IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THE ESTATE OF MABLE DEAN BRADLEY, BY
AND THROUGH GLORIA SAMPLE, ADMINISTRATRIX
OF THE ESTATE OF MABLE DEAN BRADLEY, as
Assignee of claims held by Grancare, Inc., Marine Health
Care, Inc., Boyd P. Gentry, George Morgan, M. Scott
Athans, Robin C. Skelton, and Eleta Jo Grimmett** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 4:08CV15-P-S**

**ROYAL SURPLUS LINES INSURANCE COMPANY
and LUMBERMEN'S MUTUAL CASUALTY
COMPANY** **DEFENDANTS**

## ORDER

This cause is before the Court on the defendant Royal Surplus Lines Insurance Company's Motion for Summary Judgment [55]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendant's motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Royal Surplus Lines Insurance Company's Motion for Summary Judgment [55] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the parties are to contact the assigned Magistrate Judge regarding a scheduling conference within ten (10) days of the entry of this Order if any remaining issues require adjudication; otherwise, the parties are to submit a proposed judgment of dismissal, agreed as to form, within that period of time.

SO ORDERED, this, the 6th day of July, 2010.

        /s/ W. Allen Pepper, Jr.
        W. ALLEN PEPPER, JR.
        UNITED STATES DISTRICT JUDGE